UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 2 2015

CLERK OF COURT
LAREDO DIVISION

MMM

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| v. | § | CRIMINAL NO. L-15-472 |
| CARLOS GOMEZ-AGUIRRE | § | |

MGM

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about April 15, 2015, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**CARLOS GOMEZ-AGUIRRE,**

an alien who had been denied admission, excluded, deported, and removed, and had departed the United States while an order of exclusion, deportation and removal was outstanding, entered, attempted to enter, and was found in the United States, having not obtained the consent of the Attorney General of the United States to reapply for admission into the United States prior to March 1, 2003 and having not obtained consent from the Secretary of the Department of Homeland Security to reapply for admission into the United States on or after March 1, 2003.

In violation of Title 8, United States Code, Section 1326.

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
Christopher S. Coker
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

__LAREDO__ DIVISION

FILE: 2015R09362   15-MJ-00487
__INDICTMENT__

Filed: MAY 12 2015

NO. **L-15-472**

Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

VS.

**CARLOS GOMEZ-AGUIRRE**

KENNETH MAGIDSON, USA
Christopher S. Coker, AUSA

**CHARGE:** Ct. 1: Illegal entry after deportation [8 USC 1326]

**TOTAL COUNTS: 1**

**PENALTY:** Ct. 1:   8 USC 1326:   0 to 20 Years and/or $250,000.00, $100 Special Assessment, Not More Than a 3 Year Term of Supervised Release

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: